VERIFICATION

I, R. David Wolfe, do hereby verify that I am a holder of Class A common stock of American Greetings Corporation, and was a holder of such common stock at the time of the wrongs complained of in the foregoing Verified Class Action Complaint ("Complaint"). I have authorized the filing of the Complaint. I have reviewed the Complaint and all of the averments contained in the Complaint regarding me are true and correct upon my personal knowledge and, with respect to the remainder of the averments, are true and correct to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

DATE: 11/01/2012

_____
R. David Wolfe