IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| R. DAVID WOLFE, on behalf of himself and all others similarly situated, | Case No. 1:12-cv-02776-JG |
| Plaintiff, | JUDGE JAMES S. GWIN |
| v. | |
| MORRY WEISS, ZEV WEISS, JEFFREY WEISS, ELIE WEISS, GARY WEISS, JUDITH WEISS, IRVING I. STONE OVERSIGHT TRUST, IRVING STONE LIMITED LIABILITY COMPANY, IRVING I. STONE SUPPORT FOUNDATION, IRVING I. STONE FOUNDATION, and AMERICAN GREETINGS CORPORATION, | MOTION FOR ADMISSION *PRO HAC VICE* OF J. DANIEL ALBERT |
| Defendants. | |

NOW COMES the Plaintiff, by and through his counsel, Joel Levin of Levin & Associates Co., L.P.A., and respectfully requests an Order, pursuant to Local Civ. R. 83.5(h), be entered permitting attorney J. Daniel Albert to appear *pro hac vice* in the pending matter. In support of the motion, Plaintiff states as follows:

1. Mr. Albert is an active member in good standing of the Bar of the Commonwealth of Pennsylvania, without any restriction on his eligibility to practice. Mr. Albert has been a member in good standing since he was first admitted to practice law in Pennsylvania in December 2005. Mr. Albert's Pennsylvania bar registration number is 201640. Mr. Albert is admitted to practice before the following Courts:

        a)     Commonwealth of Pennsylvania

        b)     United States District Court – Eastern District of Pennsylvania

2. Mr. Albert's address, telephone number, facsimile number, and e-mail address are as follows:

>280 King of Prussia Road
>Radnor, PA 19087
>Telephone: (610) 667-7706
>Facsimile:  (610) 667-7056
>E-Mail:    dalbert@ktmc.com

3. Mr. Albert has never been disbarred, suspended or otherwise reprimanded by any court, department, bureau, or commission of any State, United States, or of any other jurisdiction.

4. The affidavit of Mr. Albert in support of his Motion for Admission *Pro Hac Vice* is attached hereto as Exhibit A.

5. The *pro hac vice* admission fee is being paid contemporaneously with the filing of the motion.

Plaintiff, therefore, respectfully requests that this Court permit J. Daniel Albert of the law firm Kessler Topaz Meltzer & Check, LLP, to appear on his behalf in this matter *pro hac vice*.

Dated:  January 15, 2013                    Respectfully submitted,

            /s/ Joel Levin
Joel Levin                        (0010671)
Aparesh Paul                   (0077119)
LEVIN & ASSOCIATES CO., L.P.A
The Tower at Erieview, Suite 1100
1301 East 9th Street
Cleveland, Ohio 44114
(216) 928-0600
(216) 928-0016

KESSLER TOPAZ
MELTZER & CHECK, LLP
Lee Rudy
Michael Wagner
J. Quinn Kerrigan
J. Daniel Albert
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056

GLANCY BINKOW & GOLDBERG LLP
Michael M. Goldberg
Louis Boyarsky
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
(215) 638-4847
(215) 638-4867

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the foregoing Motion for *Pro Hac Vice* of J. Daniel Albert was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System through which parties may access the filing.


Dated: January 15, 2013                                            /s/ Joel Levin
                                                                                 Joel Levin     (0010671)
                                                                                 *Attorneys for Plaintiffs*