IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| R. DAVID WOLFE, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MORRY WEISS, ZEV WEISS, JEFFREY WEISS, ELIE WEISS, GARY WEISS, JUDITH WEISS, IRVING I. STONE OVERSIGHT TRUST, IRVING STONE LIMITED LIABILITY COMPANY, IRVING I. STONE SUPPORT FOUNDATION, IRVING I. STONE FOUNDATION, and AMERICAN GREETINGS CORPORATION,<br><br>　　　　Defendants. | Case No. 1:12-cv-02776-JG<br><br>**JUDGE JAMES S. GWIN**<br><br>**AFFIDAVIT OF J. DANIEL ALBERT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

COMMONWEALTH OF PENNSYLVANIA　　)
　　　　　　　　　　　　　　　　) SS.
COUNTY OF DELAWARE　　　　　　　)

　　I, J. Daniel Albert, being first duly sworn, state under penalty of perjury that:

　　1.　I have personal knowledge of the facts recited herein.

　　2.　I am an associate with the law firm Kessler Topaz Meltzer & Check, LLP.

　　3.　My office address, telephone number, facsimile number and e-mail address are as follows:

　　　　280 King of Prussia Road
　　　　Radnor, PA 19087
　　　　Telephone: (610) 667-7706
　　　　Facsimile: (610) 667-7056
　　　　E-Mail: dalbert@ktmc.com

4. I am a member in good standing in the bar of the Commonwealth of Pennsylvania, where I was admitted to practice on December 13, 2005. My Pennsylvania bar registration number is 201640.

5. In addition, I am a member in good standing of the United States District Court – Eastern District of Pennsylvania.

6. I have never been suspended or disbarred by any court, department, bureau, or commission of any State or any other jurisdiction.

7. I have never been the subject of disciplinary action by or received reprimand from any court, department, bureau, or commission of any State or any other jurisdiction.

8. I have reviewed the applicable Rules of Procedure and the Local Rules of this Court, and I agree to abide by all rules and procedures contained therein.

I state under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 14 day of January, 2013, at Radnor, Pennsylvania.

_____
J. Daniel Albert

SWORN TO AND SUBSCRIBED before me, a Notary Public in the Commonwealth and County aforesaid, this 14th day of January, 2012.

_____
Christine Powers
Notary Public

My Commission Expires: 1/10/14

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
CHRISTINE E. POWERS, Notary Public
Radnor Twp., Delaware County
My Commission Expires January 10, 2014