UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| R. David Wolfe, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  vs.<br><br>Morry Weiss, et al.,<br><br>      Defendants. | CASE NO. 1:12-cv-02776<br><br>JUDGE JAMES S. GWIN<br><br><br>**MOTION FOR ORDER TO CORRECT THE DOCKET** |

  Defendant American Greetings Corporation ("American Greetings") moves for entry of an order directing the Court Clerk to correct the Docket, which reflects that Michael J. Montgomery is an attorney for all eleven defendants.  This is incorrect.  Mr. Montgomery represents American Greetings and none of the other defendants in this case.

  Accordingly, American Greetings respectfully moves for an entry of an order directing the Clerk of the Court to correct the Docket to reflect that Mr. Montgomery solely represents American Greetings.

1

Dated: January 15, 2012          Respectfully submitted,

/s/Michael J. Montgomery
John D. Parker (0025770)
Michael J. Montgomery (0070922)
Karen Swanson Haan (0082518)
Baker & Hostetler LLP
3200 National City Center
1900 East Ninth Street
Cleveland, Ohio 44114-3485
Telephone: 216.621.0200
Facsimile: 216.696.0740
jparker@bakerlaw.com
mmontgomery@bakerlaw.com
kswansonhaan@bakerlaw.com

*Attorneys for American Greetings Corporation*

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 15, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Michael J. Montgomery
Michael J. Montgomery (0070922)

*Attorney for American Greetings Corporation*