Motion granted 1/16/13.
s/    James S. Gwin
JAMES S. GWIN
UNITED STATES
DISTRICT JUDGE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| R. David Wolfe, on behalf of himself and all others similarly situated,<br><br>           Plaintiff,<br><br>vs.<br><br>Morry Weiss, et al.,<br><br>           Defendants. | CASE NO. 1:12-cv-02776<br><br>JUDGE JAMES S. GWIN<br><br><br><br>**MOTION FOR ORDER TO CORRECT THE DOCKET** |

   Defendant American Greetings Corporation ("American Greetings") moves for entry of an order directing the Court Clerk to correct the Docket, which reflects that Michael J. Montgomery is an attorney for all eleven defendants.  This is incorrect.  Mr. Montgomery represents American Greetings and none of the other defendants in this case.

   Accordingly, American Greetings respectfully moves for an entry of an order directing the Clerk of the Court to correct the Docket to reflect that Mr. Montgomery solely represents American Greetings.

1