# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

**R. David Wolfe, on behalf of himself and all others similarly situated**

CIVIL CASE NO.

vs.

JUDGE

**Morry Weiss, et al**

## PRAECIPE FOR ISSUANCE

- [x] ORIGINAL SUMMONS
- [ ] ALIAS SUMMONS
- [ ] THIRD PARTY SUMMONS
- [ ] CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC
- [ ] CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT
- [ ] WRIT OF EXECUTION
- [ ] OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: _____     By: _____

Attorney for _____

revised 02/2009