# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| R. DAVID WOLFE,<br>    Plaintiff,<br>v.<br>WEISS, et al.,<br>    Defendants. | Case No. 1:12-cv-02776-JG<br><br>JUDGE JAMES GWIN |
| LOUISIANA MUNICIPAL POLICE EMPLOYEES' RETIREMENT SYSTEM,<br>    Plaintiff,<br>v.<br>WEISS, et al.,<br>    Defendants. | Case No. 1:12-cv-02816-JG<br><br>JUDGE JAMES GWIN |

### DECLARATION OF ADRIENNE FERRARO MUELLER IN SUPPORT OF THE REPLY MEMORANDUM IN SUPPORT OF WEISS DEFENDANTS' MOTION TO DISMISS OR TO STAY

ADRIENNE FERRARO MUELLER declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am an associate in the law firm of Jones Day. I am a member in good standing of the Bar of the State of Ohio, and I am licensed to practice before this Court. I represent defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, and Zev Weiss (the "Weiss Defendants") in these actions.

2. I make this declaration to authenticate copies of materials to be considered in connection with the Reply Memorandum in Support of Weiss Defendants' Motion to Dismiss or to Stay. Submitted herewith are copies of the following:

-2-

Exhibit A: All unreported cases cited in the Reply Memorandum in Support of Weiss Defendants' Motion to Dismiss or to Stay; and

Exhibit B: Relevant portions of the Second Amended Complaint, *Lewis v. Seneff*, No. 6:07-cv-01245 (M.D. Fla. Sep. 15, 2008), D.I. 72.

I declare under penalty of perjury that the foregoing is true and correct, based upon my knowledge, information, and belief.

Dated: February 11, 2013

*Adrienne Ferraro Mueller*
Adrienne Ferraro Mueller

-2-