UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
--------------------------------------------------------
                                                          :
R. DAVID WOLFE,                                           :
                                                          :       CASE NO. 1:12-CV-2776
            Plaintiff,                                    :
                                                          :
vs.                                                       :       JUDGEMENT
                                                          :
MORRY WEISS, *et al.*,                                    :
                                                          :
            Defendants.                                   :
                                                          :
--------------------------------------------------------
                                                          :
LOUISIANA MUNICIPAL POLICE                                :
EMPLOYEES' RETIREMENT SYSTEM,                             :
                                                          :       CASE NO. 1:12-CV-2816
            Plaintiff,                                    :
                                                          :
vs.                                                       :       JUDGMENT
                                                          :
MORRY WEISS, *et al.*,                                    :
                                                          :
            Defendants.                                   :
                                                          :
--------------------------------------------------------

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

        The Court has issued its opinion on Defendants' Motions to Dismiss in the above-captioned

matters.  For the reasons stated in that opinion, the Court **GRANTS** the Motions to Dismiss and

**DISMISSES** these cases without prejudice.  Accordingly, this action is **TERMINATED** under

Federal Rule of Civil Procedure 58.

        IT IS SO ORDERED.


Dated: February 14, 2013              s/          *James S. Gwin*
                                      JAMES S. GWIN
                                      UNITED STATES DISTRICT JUDGE


-1-