# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| R. DAVID WOLFE, on behalf of himself and all others similarly situated, | Case No. 1:12-cv-02776-JG |
| | JUDGE JAMES S. GWIN |
| Plaintiff, | |
| v. | |
| | **NOTICE OF APPEAL** |
| MORRY WEISS, ZEV WEISS, JEFFREY WEISS, ELIE WEISS, GARY WEISS, JUDITH WEISS, IRVING I. STONE OVERSIGHT TRUST, IRVING STONE LIMITED LIABILITY COMPANY, IRVING I. STONE SUPPORT FOUNDATION, IRVING I. STONE FOUNDATION, and AMERICAN GREETINGS CORPORATION, | |
| Defendants. | |

Notice is hereby given that the Plaintiff hereby appeals to the United States Court of Appeals for the Sixth Circuit from an order and judgment entered in this action on February 14, 2013, granting Defendants' Motions to Dismiss.  (Doc. Nos. 47 and 48).

Dated: March 15, 2013                     Respectfully submitted,

                                          By:  /s/ Joel Levin
                                          Joel Levin, Esq.  (0010671)
                                          Aparesh Paul     (0077119)
                                          LEVIN & ASSOCIATES CO., L.P.A
                                          The Tower at Erieview, Suite 1100
                                          1301 East 9th Street
                                          Cleveland, Ohio 44114
                                          (216) 928-0600
                                          (216) 928-0016 – Fax. No.

KESSLER TOPAZ
MELTZER & CHECK, LLP
Lee Rudy
Michael Wagner
J. Daniel Albert
J. Quinn Kerrigan
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706
(610) 667-7056 – Fax No.

GLANCY BINKOW & GOLDBERG LLP
Michael M. Goldberg
Louis Boyarsky
1925 Century Park East
Suite 2100
Los Angeles, CA 90067
(310) 201-9150
(310) 201-9160 – Fax No.

LAW OFFICES OF HOWARD G. SMITH
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
(215) 638-4847
(215) 638-4867 – Fax No.

Counsel for Plaintiff

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Appeal was filed electronically with the Court on this 15th day of March 2013. Notice of this filing will be sent by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

 /s/ Joel Levin
Joel Levin (0010671)
One of the Attorneys for Plaintiff