TRANSMISSION FORM

| | |
|---|---|
| District Court | District Court No. 1:12cv2776 |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No. **13-3363** |

CAPTION

CURRENT COUNSEL FOR PLAINTIFF
NAME: Joel Levin
FIRM NAME: Levin & Associates
ADDRESS: 1100 Tower at Erieview
1301 East Ninth Street
Cleveland, OH. 44114
TELEPHONE: 216-928-0600

R. DAVID WOLFE

PLAINTIFF - APPELLANT

v.

MORRY WEISS, et al.

DEFENDANT - Appellees

CURRENT COUNSEL FOR DEFENDANT
NAME: Adrienne F. Mueller
FIRM NAME: Jones Day - Cleveland
ADDRESS: 901 Lakeside Avenue
Cleveland, OH. 44114
TELEPHONE: 216-586-7370

If Habeas Corpus, Certificate of Appealability is: ( ) granted ( ) denied ( ) pending

Criminal Defendant: ( ) on bond ( ) incarcerated ( ) on probation

Fees: District Court & USCA Fee Paid: (X) yes ( ) no ( ) not required
Pauper Status: ( ) granted ( ) denied ( ) pending
Affidavit of Financial Status Filed: ( ) yes ( ) no

Counsel: ( ) appointed (X) retained ( ) pro se

District Court Judge: Gwin    Court Reporter: NONE

Any hearing or trial ( ) yes (X) no    If yes, dates ___

FROM Kelly Copeland for Shawn Harrigan    DATE MARCH 15, 2013

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals_____
The new information sent at this transmittal is_____ and includes an updated copy of docket entries.

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ___volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, **2013**. Clerk, GERI M. SMITH, U.S. District Court