Case No. 13-3363

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

R. DAVID WOLFE

    Plaintiff - Appellant

v.                                                       1:12cv2776 - JG

MORRY WEISS; ZEV WEISS; JEFFREY WEISS;
ELIE WEISS; JUDITH WEISS; GARY WEISS;
AMERICAN GREETINGS CORPORATION

    Defendants - Appellees

and

IRVING I. STONE OVERSIGHT TRUST, et al.

    Defendants

Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                                  **ENTERED PURSUANT TO RULE 33,**
                                                  **RULES OF THE SIXTH CIRCUIT**
                                                  Deborah S. Hunt, Clerk

Issued: April 19, 2013