### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| R. DAVID WOLFE, | ) | |
| Plaintiff, | ) | Case No. 1:12-cv-02776-JG |
| | ) | |
| v. | ) | |
| | ) | |
| WEISS, et al., | ) | JUDGE JAMES GWIN |
| | ) | |
| Defendants. | ) | |
| | ) | |

### NOTICE OF RELATED CASE

The undersigned defendants respectfully file this Notice to alert the Court to an action recently filed and pending before the Hon. Sara Lioi, captioned *R. David Wolfe v. Weiss, et al.*, No. 1:13-cv-00859-SL ("*Wolfe II*").  This Court dismissed the above-captioned *Wolfe* case on February 14, 2013.  The plaintiff in the case before Judge Lioi is the same plaintiff who brought the original *Wolfe* case, advances substantially the same substantive allegations and causes of action, and is represented by many of the same counsel.  Although additional defendants have been named in *Wolfe II*, each individual and entity named as a defendant in the prior action is also named as a defendant in the case before Judge Lioi.

Defendants take no position on whether the case should be reassigned as related and file this Notice only to ensure that the Court and both chambers are aware of the potential related nature of the cases before any substantive activity occurs in the pending matter.  A similar notice has been filed in the action before Judge Lioi.

| | |
|---|---|
| Dated: June 20, 2013 | Respectfully submitted, |
| s/ Joseph C. Weinstein | s/ Adrienne Ferraro Mueller |
| Joseph C. Weinstein (0023504)<br>E-mail: joe.weinstein@squiresanders.com<br>F. Maximilian Czernin (0087485)<br>E-mail: maximilian.czernin@squiresanders.com<br>SQUIRE SANDERS (US) LLP<br>4900 Key Tower, 127 Public Square<br>Cleveland, OH 44114<br>Telephone: (216) 479-8426<br>Facsimile: (216) 479-8780 | Robert S. Faxon (0059678)<br>E-mail: rfaxon@jonesday.com<br>Adrienne Ferraro Mueller (0076332)<br>E-mail: afmueller@jonesday.com<br>Brett W. Bell (0089168)<br>E-mail: bbell@jonesday.com<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114-1190<br>Telephone: (216) 586-3939<br>Facsimile: (216) 579-0212 |
| *Attorneys for defendants Scott S. Cowen, Jeffrey D. Dunn, William E. MacDonald III, Michael J. Merriman, Jr., Charles A. Ratner, and Jerry Sue Thornton* | *Attorneys for defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, Zev Weiss, Irving I. Stone Oversight Trust, Irving Stone Limited Liability Company, and Irving I. Stone Foundation* |
| | s/ Michael J. Montgomery |
| | John D. Parker (0025770)<br>E-mail: jparker@bakerlaw.com<br>Michael J. Montgomery (0070922)<br>E-mail: mmontgomery@bakerlaw.com<br>Karen E. Swanson Haan (0082518)<br>E-mail: kswansonhaan@bakerlaw.com<br>BAKER & HOSTETLER<br>1900 E. 9th Street, Suite 3200<br>Cleveland, Ohio 44114<br>Telephone: (216) 861-6101<br>Facsimile: (216) 696-0740 |
| | *Attorneys for nominal defendant American Greetings Corp.* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 20, 2013, a copy of the foregoing Notice of Related Case was filed electronically with the Court.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's system.

        s/ Adrienne Ferraro Mueller
        Adrienne Ferraro Mueller (0076332)
        E-mail:  afmueller@jonesday.com
        JONES DAY
        North Point
        901 Lakeside Avenue
        Cleveland, OH  44114-1190
        Telephone:    (216) 586-3939
        Facsimile:    (216) 579-0212

*One of the attorneys for defendants Elie Weiss, Gary Weiss, Jeffrey Weiss, Judith Weiss, Morry Weiss, Zev Weiss, Irving I. Stone Oversight Trust, Irving Stone Limited Liability Company, and Irving I. Stone Foundation*